UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:25-cr-00019-wks |
| | ) | |
| | ) | |
| GARETH WEST, ET AL. | ) | |

**ORDER GRANTING GOVERNMENT'S MOTION FOR ALTERNATIVE VICTIM NOTIFICATION UNDER 18 U.S.C. ' 3771(d)(2)**

Before the Court is the Government's Motion to Authorize Alternative Procedures Pursuant to 18 U.S.C. § 3771(d)(2), filed May 21, 2026 (the "Motion"). The government seeks an order from the Court approving the use of alternate means to provide notice to the large number of crime victims in this case.

Under 18 U.S.C. § 3771(a)(2), crime victims have a right to "reasonable, accurate, and timely notice" of public court proceedings. In this case, the alleged victims of the charged conspiracy to commit wire fraud, and conspiracy to commit money laundering are elderly individuals across the country who provided funds to alleged "bail bonds" after receiving calls from someone posing at their "grandchild" requesting financial assistance. The government represents that to date approximately 600 individuals across the United States have been identified as statutory victims of this "Grandparent Scam." Further, given the temporal and geographic extent of the fraud, it is probable that there are additional victims who have not yet been identified as well as victims who are since deceased. In light of the extent of the alleged conspiracy and fraud, it will be impracticable for the government to identify and locate all the victims and then to provide them with reasonable, accurate, and timely notice by mail of the various court proceedings. Under such circumstances, 18 U.S.C. § 3771(d)(2) of the Crimes

Victims' Rights Act gives the Court the authority to "fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings." The government in its Motion seeks authorization to provide an alternate means to provide notice to the large number of crime victims in this case. In its Motion, the government sets out its proposed actions to comply with 18 U.S.C. § 3771. The Court finds the proposal meritorious and grants the government's Motion.

Therefore, the Court finds that: (1) the "multiple victim" provisions of 18 U.S.C. § 3771(d)(2) apply to the above entitled and numbered cause; (2) it is impractical, because of the number of victims, for the government and the court to identify all the direct and proximate victims of the charged offenses, on an individual basis, without unduly complicating or prolonging the proceedings; and (3) the proposal set forth in the government's Motion is a "reasonable procedure" to give effect to the provisions of 18 U.S.C. § 3771.

Accordingly, it is ordered that the government is authorized to comply with the provisions of 18 U.S.C. § 3771(a)(2) in this matter by providing notice of the court proceedings as provided in the proposal set forth in its Motion, including to use the United States Attorney's Office for the District of Vermont website to notify victims.

**IT IS SO ORDERED.**

Dated at Burlington, in the District of Vermont, this 11th day of June 2026.

/s/ William K. Sessions III
William K. Sessions III
United States District Court Judge
District of Vermont